**Dion K. FRANKHAUSER, Respondent,**

v.

**FABCON, INC., Self–Insured/Meritclaim General Adjustment Service, Relator.**

No. C0–97–1433.

Supreme Court of Minnesota.

Oct. 28, 1997.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 10, 1997, be, and the same is, affirmed without opinion. *See* Minnesota

---

Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ Edward C. Stringer
Edward C. Stringer
Associate Justice